UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

**JESSIE GUILLAUME**, an individual, )
)
    Plaintiff, )
vs. )
)
)
**CARNIVAL CORPORATION**, a Panamanian )
a corporation, **d/b/a CARNIVAL CRUISE** )
**LINE.** )
)
    Defendant. )
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Comes Now, the Plaintiff, JESSIE GUILLAUME, an individual, by and through the undersigned counsel and sues the Defendant, CARNIVAL CORPORATION, a Panamanian corporation, d/b/a CARNIVAL CRUISE LINE, for damages and alleges as follows:

### PARTIES

1. The Plaintiff, JESSIE GUILLAUME, an individual, is a resident of Broward County, Florida, over the age of 18, otherwise *sui juris* and complied with all conditions precedent (to wit: sending a demand letter to the Defendant prior to the filing suit).

2. At all times material hereto, Defendant, CARNIVAL CORPORATION, a Panamanian corporation, d/b/a CARNIVAL CRUISE LINE (hereinafter referred to as "CARNIVAL") is a corporation authorized to do and was doing business in the State of Florida, with its principle headquarters in Miami-Dade County, and has by contract made itself subject to the jurisdiction of this Court.

3. At all times material hereto, CARNIVAL owned, operated and managed the cruise ship M/S Carnival Freedom, which set sail from Miami, Florida.

4. At all times materials hereto, Plaintiff, JESSIE GUILLAUME, was a paying passenger vacationing on the cruise ship M/S Carnival Freedom for a voyage that departed from Miami, Florida.

5. At all times material hereto, Plaintiff, JESSIE GUILLAUME, was a business invitee of Defendant, CARNIVAL, pursuant to the contractual common carrier relationship.

## JURISDICTION AND VENUE

6. This is an action for damages that arose in the high seas and therefore is a case within the admiralty and maritime jurisdiction of this court pursuant to 28 U.S.C. § 1333. Defendant, CARNIVAL, is a corporation authorized to do and doing business in the State of Florida, and have by contract made themselves subject to the jurisdiction of this Court.

7. Venue is proper in the Southern District of Florida pursuant the Defendant's ongoing business transactions in Miami-Dade County, Florida.

8. The Defendant is subject to the jurisdiction of this Court as, at all times relevant engaged it in continuous and systematic business in this State. Moreover, the Defendant, made use of the means and instrumentalities of interstate commerce, the means and instruments of transportation and communication in interstate commerce.

## FACTUAL BACKGROUND

9. On July 17, 2014, while on M/S Carnival Freedom, the Plaintiff, JESSIE GUILLAUME was walking up the stairs in the lido deck (near the pool area), when she was caused to slip and fall due to water that had been allowed to accumulate on the steps/stairs.

2

10. Moreover, the Plaintiff was caused to land on a protruding screw that was on the steps.

11. The Plaintiff was caused to suffer severe injuries as a result of the Defendant's negligence.

## COUNT I- NEGLIGENCE

The Plaintiff, JESSIE GUILLAUME, hereby adopts and realleges each and every allegation in paragraphs 1 through 11, above.

12. The Defendant owed the Plaintiff a duty to exercise reasonable care for the safety of its passengers, a duty to exercise reasonable care under the circumstances, and, but not limited to, a duty is to warn of dangers known, or those it should have known, to the carrier in places where the passenger is invited to, or may reasonably be expected to visit.

13. Notwithstanding said duty, the Defendant breached those duties and was negligent by:

    a. Failure to require crew members to wipe down wet areas;
    b. Failure to warn anyone including the Plaintiff who would walk on said area, in the vicinity of the said area of the dangerous condition and the fact that the floor was slippery;
    c. Failing to inspect for and to observe the slippery area of the floor around the lido deck and its steps/stairs;
    d. Observing that the floor area, but failing to wipe down the wet floor area;
    e. Failing to implement a method of operation which was reasonable and safe and would prevent dangerous conditions such as the one in this case;
    f. Allowing an ongoing, recurring, continuous and/or repetitive problem to occur or to remain on the premises which would cause accidents or injuries;
    g. Providing negligent maintenance to the area or to the premises;
    h. Utilizing or allowing negligent method of operations;
    i. Failing to otherwise maintain the area and the premises in a safe and reasonable manner;
    j. Failing to comply with applicable industry standards, statutes,

        and/or regulations the violation of which is negligence per se and/or evidence of negligence;

k. Failing to otherwise provide its passengers with a safe place to walk;

l. Failing to properly maintain the stairs, so as to prevent passengers from failing on protruding screws; and/or

m. Failing to comply with applicable standards, statutes, and/or regulations the violation of which is negligence per se and/or evidence of negligence.

14. The Defendant created a dangerous condition on the subject ship and allowed the dangerous condition to exist thereby causing an accident on the date referenced above in which the Plaintiff was severely injured.

15. The Defendant either (a) created the dangerous condition, through its agents or employees; (b) had actual knowledge of the dangerous condition; and/or (c) had constructive knowledge of the dangerous condition.

16. The Defendant had constructive knowledge of the dangerous condition by, inter alia, (a) the length of time the dangerous condition existed; (b) the size and/or nature of the dangerous condition; and/or (c) the fact that the dangerous condition, a similar dangerous condition, or the cause of the dangerous condition was repetitive, continuous, ongoing, recurring, or occurring with some regularity. Thus, the dangerous condition was reasonably foreseeable and in the exercise of reasonable care the Defendant should have known about it.

20. In the alternative, notice to the Defendant is not required because the Defendant (a) engaged in and was guilty of negligent maintenance; and/or (b) engaged in and was guilty of negligent methods of operations.

21. The negligent condition was created by the Defendant; and was known to the Defendant; and had existed for a sufficient length of time so that Defendant should have known of it; and was a continuous or repetitive problem thus giving notice to the Defendant.

22. The negligent condition occurred with sufficient regularity so as to be foreseeable by the Defendant, and should have been foreseeable by the Defendant.

23. As a result of the Defendant's negligence, the Plaintiff has suffered bodily injury resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing. The Plaintiff has suffered these losses in the past and will continue to suffer them in the future.

WHEREFORE, the Plaintiff, JESSIE GUILLAUME, demands judgment in excess of the Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs and demands a trial by jury of all issues triable as of right by jury.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues so triable.

Dated this 16th day of June, 2015.

Respectfully submitted,

**Velasquez Dolan Arias, P.A.**
Counsel for Plaintiff
101 North Pine Island Road – Suite 201
Plantation, Florida, 33324
Phone: (954) 382-0533 – Fax: (954) 382-0585

By: /s/ Carlos A. Velasquez
CARLOS A. VELASQUEZ, ESQ.
Florida Bar No.: 755982
ALEJANDRO LARRAZABAL, ESQ.
Florida Bar No.: 102708

**Carnival** # FD20140713008                    Cabin # 1067

| | | |
|---|---|---|
| 10037 | MRS JESSIE GUILLAUME | 7318 |
| 10036 | MS ARLETTE SANON | 7320 |
| 20046 | MS YOLETTE LEREBOURS | 7319 |

**WELCOME ABOARD!**

Please find your Sail & Sign cards enclosed. Your cards serve as your stateroom keys, boarding pass and for all on-board purchases.
Please report any lost Sail & Sign cards to Guest Services immediately. Have a great cruise!

 **Carnival**

**BOARDING PASS**

board
arnival Freedom

tateroom
**067**

ooking Number
**M7PS4**

Deck
**10**

Running Late?
Call **1.877.885.4856**
**305.406.4779**

Sail Date
**July 13, 2014 at 4:00PM**

Embarkation
**1:30PM - 3:00PM**

From
**Port Everglades**
Eller Drive Fort Lauderdale, Fl 33316

uest

uillaume, Jessie
FP #: 9002434093 - Blue

rebours, Yolette
FP #: 9002288570 - Red

non, Arlette

Transfer Services
**Not Purchased**

**Not Purchased**

**Not Purchased**

**oking Policy:** All Spa suites and staterooms, inclusive of the balconies, are an entirely smoke-free environment. Smoking is prohibited in all guest staterooms. ests in balcony staterooms may smoke (including cigars) outside on their balcony. Guests who smoke in their stateroom will be assessed a USD 250 stateroom reshing fee.

**itors Policy:** For security reasons, Carnival has a No Visitors policy and regrets any inconvenience this may cause.

**ntification Requirements:** U.S. security procedures require all guests 16 years of age and older to present a government issued photo identification upon ort and cruise line check-in. All guests must present proof of citizenship and any necessary visas at embarkation (visit us @ www.carnival.com for more rmation on acceptable WHTI travel documentation). Guests without proper documentation will be denied boarding and no refund will be issued.

**heck-in Instructions :** Check-in at Port Everglades by 3:00PM.

ort Everglades:

- When you arrive at the pier, make sure your bags are tagged before dropping them off with a porter.
- I.D. check is next, so get your Boarding Pass and government photo I.D. ready.
- Security check follows - kinda like the airport.
- Then, on to your cruise check-in:
  ➢If you have PRIORITY check-in (listed on your documents), please proceed to the PRIORITY check-in area.
  ➢If you have general check-in, please proceed to our main check-in lines.
- Have a seat until your boarding zone number is called.
- You're almost there, but first head over to our boarding hall and say "cheese" for a cruise picture.
- Last step before you board your FUN Ship cruise - have your Sail & Sign card in hand for a security check.
- NOW, get ready for some awesome FUN!

### "Fun Ship®" Transfers



Enjoy the convenience of our transportation between the airport and the pier.

To purchase your transfers please follow the steps below:
- Logon to My Cruise Manager (www.carnival.com/bookedguest)
- Select View Details
- From the "To-Do List" section, choose Plan Activities
- From Plan Activities select Purchase Transfers
- Choose the Transfers that work for your cruise vacation

### Airport / Port Parking

 **PARK'N FLY NETWORK**

Leaving your car at the airport or pier?
Carnival guests can take advantage of special rates offered by the Park' N Fly Network. When parking at Port Everglades Carnival guests receive 1 day free when parking for a minimum of 3 days. Enjoy premium airport or port parking from the leading off-airport parking providers on secure, well-lit lots at over 65 airports nationwide.
Rates and Availability for Port Everglades
Airport Rates and Availability
You must book via the authorized site above to obtain the special rate.



# BOOKING SUMMARY

## 8 Day Exotic Southern Caribbean Cruise

Aboard
**Carnival Freedom**

Stateroom **1067**

Deck **10**

Booking Number **1M7PS4**

### Sailing Information

Sail Date
**July 13, 2014**

Boarding Time
**1:30PM - 3:00PM**

Embarkation Port
**Port Everglades, FL**

Debarkation Port
**Port Everglades, FL**

### Cruise Information

Dining Request
**Your Time 5:45-9:30 Confirmed**

### Cruise Itinerary

| Day | Port | Arrive | Depart |
|---|---|---|---|
| SUN | FT LAUDERDALE (PT EVRGLDS), FL | | 4:00PM |
| MON | FUN DAY AT SEA | | |
| TUE | GRAND TURK | 7:00AM | 2:00PM |
| WED | LA ROMANA, DOMINICAN REPUBLIC * | 9:00AM | 4:00PM |
| THU | CURACAO | 1:00PM | 11:00PM |
| FRI | ARUBA | 8:00AM | 4:00PM |
| SAT | FUN DAY AT SEA | | |
| SUN | FUN DAY AT SEA | | |
| MON | FT LAUDERDALE (PT EVRGLDS), FL | 8:00AM | |

* Optional Shore Excursion To Santo Domingo Is Available

| Guest | Boarding Pass Status | Vacation Protection | Shore Excursions | Spa Treatments | Transfers | Flights |
|---|---|---|---|---|---|---|
| Mrs Jessie Guillaume VIFP #: 9002434093 - Blue | Ready | Purchased See Page 6 | Not Purchased | Not Purchased | Not Purchased | Not Purchased |
| Ms Yolette Lerebours VIFP #: 9002288570 - Red | Ready | Purchased See Page 6 | Not Purchased | Not Purchased | Not Purchased | Not Purchased |
| Ms Arlette Sanon | Ready | Purchased See Page 6 | Not Purchased | Not Purchased | Not Purchased | Not Purchased |

### Important Notes

**Privacy Disclosure**
Carnival Cruise Lines may share your registration and profile information with our affiliated companies or third parties. Affiliated companies include Costa Cruises, Cunard Line, Holland America Line, Princess Cruises, and the Yachts of Seabourn. You may limit our affiliated companies and third parties from marketing their products to you by sending your first name, last name, mailing address and/or e-mail address along with past guest number, if applicable, by e-mail: donotmail@carnival.com or mail: Carnival Cruise Lines, Attn: Affiliate Opt-Out, 3655 NW 87th Avenue Miami, FL 33178.

 **INVOICE**

| Ship | Sail Date | Stateroom | Booking Number |
|---|---|---|---|
| **Carnival Freedom** | **July 13, 2014** | **1067** | **1M7PS4** |

## ITEMIZED CHARGES
All charges are quoted in USD

**CRUISE CHARGES**
| | |
|---|---|
| Cruise Rate | 2,357.00 |
| Cruise Government Taxes & Fees* | 294.42 |
| **Total Cruise Charges** | **2,651.42** |

**OPTIONAL CHARGES**
| | |
|---|---|
| Vacation Protection | 287.00 |
| Prepaid Gratuities | 276.00 |
| **Total Optional Charges** | **563.00** |

| | |
|---|---|
| **TOTAL CHARGES** | **3,214.42** |

\*Note: Cruise Government Fees and Taxes are subject to change and Carnival reserves the right to collect any increases in effect at the time of sailing even if the fare has already been paid in full. For a full definition of "Cruise Government Fees and Taxes" please refer to paragraph 1 of the cruise ticket contract. Any credit adjustments will appear on the guest's onboard Sail and Sign account as an onboard credit.

### Carnival Fly Aweigh® Services



You can *easily* include airline reservations in your cruise vacation travel plans! Our program is not just convenient; it provides you with our special trip assistance.

**If you should experience flight problems along the way, Carnival will be responsible to fly you to your destination, including additional flights and/or hotels *at no cost to you.***

To book your flight arrangements contact us at
**1-800-321-6666**
Hours of Operation Monday-Sunday 8:30am - 6:30pm EST

### Carnival™ FunPoints®



Did you know that a Carnival™ World MasterCard® will earn you 2 FunPoints for every $1 spent on Carnival, including charges to your onboard Sail & Sign Account? Plus, you can redeem FunPoints for Onboard Gifts, Onboard Credits, Free cruises and discounted cruises on Carnival and the World Leading Cruise Lines, and more. So, why wait? APPLY NOW at 1-866-680-0185, use promo code CVL3 or visit www.carnivalfunpoints.com/CVL3 so you can receive your MasterCard before you sail!